B 21 (Official Form 21) (12/07)

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

In re  Sams, Joshua David                           )
    [Set forth here all names including married, maiden,  )
    and trade names used by debtor within last 8 years]  )
                                              Debtor    )    Case No. _____
Address PO Box 503                                  )
        Crystal Beach, Fl 34681                )    Chapter  11
                                                                    )
Last four digits of Social-Security or Individual Taxpayer-  )
Identification (ITIN) No(s)..(if any):                )
                    5440                        )
Employer Tax-Identification (EIN) No(s).(if any):   )
                                                                    )

RECEIVED FEB 24 2011 CLERK U.S. BANKRUPTCY COURT TAMPA, FL

## STATEMENT OF SOCIAL-SECURITY NUMBER(S)
*(or other Individual Taxpayer-Identification Number(s) (ITIN(s)))*

1. Name of Debtor (Last, First, Middle): Sams, Joshua David
*(Check the appropriate box and, if applicable, provide the required information.)*

    ☑ Debtor has a Social-Security Number and it is: 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
        *(If more than one, state all.)*
    ☐ Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification
        Number (ITIN), and it is: _____
        *(If more than one, state all.)*
    ☐ Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification
        Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): _____
*(Check the appropriate box and, if applicable, provide the required information.)*

    ☐ Joint Debtor has a Social-Security Number and it is: _____
        *(If more than one, state all.)*
    ☐ Joint Debtor does not have a Social-Security Number but has an Individual Taxpayer-Identification
        Number (ITIN) and it is: _____
        *(If more than one, state all.)*
    ☐ Joint Debtor does not have either a Social-Security Number or an Individual Taxpayer-Identification
        Number (ITIN).

I declare under penalty of perjury that the foregoing is true and correct.

X _____[signature]_____   2/24/2011
    Signature of Debtor                      Date

X _____   _____
    Signature of Joint Debtor               Date

---

\* *Joint debtors must provide information for both spouses.*

*Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.*